NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Blair E. Reed
Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, California  94596
Telephone:  (925) 300-4455

ATTORNEY(S) FOR:  Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DRAKE, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ASSURANCE IQ, INC. and MICHAEL ROWELL,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:18-cv-6661<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Alexander Drake | 1. Plaintiff |
| 2. Assurance IQ, Inc. | 2. Defendant |
| 3. Michael Rowell | 3. Defendant |

| | |
|---|---|
| August 2, 2018<br>Date | /s/ Blair E. Reed<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff