**BURSOR & FISHER, P.A.**
Joel D. Smith (State Bar No. 244902)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: jsmith@bursor.com
         breed@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DRAKE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE IQ, INC. and MICHAEL ROWELL,<br><br>Defendants. | Case No. 2:18-cv-06661-VAP-AS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(i), Plaintiff Alexander Drake voluntarily dismisses with
3  prejudice all claims in this action as to himself in his individual capacity.

Dated: September 13, 2018          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ Joel D. Smith*
              Joel D. Smith

Joel D. Smith (State Bar No. 244902)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  jsmith@bursor.com
               breed@bursor.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 2:18-cv-06661-VAP-AS                                            1